AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Rima Najjar Merriman | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 19-cv-08472-VKD |
| Quora, Inc. | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Quora, Inc.
650 Castro Street, Suite 650
Mountain View, CA 94041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dan Siegel
Siegel, Yee, Brunner & Mehta
475 14th Street, Suite 500, Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 01/23/2020

*Signature of Clerk or Deputy Clerk*

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Dan Siegel, 56400 <br> Siegel, Yee, Brunner & Mehta <br> 499 14th Street, Suite 220 <br> Oakland, CA 94612 <br> TELEPHONE NO.: (510)839-1200 Ext 203 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court, Northern District of California <br> 280 S. First St. #2112 <br> San Jose, CA 95113-3008 | |
| PLAINTIFF/PETITIONER: Rima Najjar Merriman <br> DEFENDANT/RESPONDENT: Quora. Inc. | CASE NUMBER: <br> 5:19-cv-08472-VKD |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action. **BY FAX**

2. I served copies of: Summons, Complaint, Civil Case Cover Sheet, Email regarding judicial assignment, Case Management Order, Judges standing orders

3. a. Party served: Quora, Inc.

   b. Person Served: Adam Dangelo - Person Authorized to Accept Service of Process

4. Address where the party was served: 650 Castro Street, Suite 450
   Mountain View, CA 94041

5. I served the party
   b. by substituted service. On (date): 01/28/2020     at (time): 1:47PM     I left the documents listed in item 2 with or in the presence of: Jane Doe (w-f-27yrs-5'8-145lbs-brn hair) - Person In Charge Of Office
      (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. on behalf of:
   Quora, Inc.
   
   under:     CCP 416.10 (corporation)

7. Person who served papers
   a. Name:          Thomas J. Bowman, Jr
   b. Address:       One Legal - 194-Marin
                     1400 North McDowell Blvd, Ste 300
                     Petaluma, CA 94954
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 100.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 25
         (iii) County SANTA CLARA

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 02/03/2020

Thomas J. Bowman, Jr
(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**                Code of Civil Procedure, § 417.10

OL# 14340757

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: <br> Dan Siegel, 56400 <br> Siegel, Yee, Brunner & Mehta <br> 499 14th Street <br> Oakland, CA 94612 <br> ATTORNEY FOR *(Name)*: Plaintiff | TELEPHONE NO.: <br> (510)839-1200 Ext 203 <br><br> Ref. No. or File No. | FOR COURT USE ONLY |
|---|---|---|

Insert name of court, judicial district or branch court, if any:
Northern District of California - District - San Jose
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF:
Rima Najjar Merriman

DEFENDANT:
Quora, Inc.

| PROOF OF SERVICE BY MAIL | | | | CASE NUMBER: <br> 5:19-cv-08472-VKD |
|---|---|---|---|---|

**BY FAX**

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 01/31/2020, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Complaint, Civil Case Cover Sheet, Email regarding judicial assignment, Case Management Order, Judges standing orders

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Quora, Inc.

Adam Dangelo

650 Castro Street, Suite 450

Mountain View, CA 94041

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 100.00

One Legal - 194-Marin
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 02/03/2020 at Petaluma, California.

*/s/ Travis Carpenter*

Travis Carpenter

OL# 14340757