DAN SIEGEL, SBN 56400
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

RIMA KAPITAN
*Pro Hac Vice* petition pending
Atty. No. 6286541 (Illinois)
KAPITAN LAW OFFICE
P.O. Box 6779
Chicago, Illinois 60680
www.kapitanlaw.net
Telephone: (312) 566-9590

Attorneys for Plaintiff
RIMA NAJJAR MERRIMAN

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIMA NAJJAR MERRIMAN, | ) |
| Plaintiff, | ) Case No. 19-cv-08472 |
| vs. | ) **NOTICE OF VOLUNTARY DISMISSAL** |
| QUORA, INC., | ) |
| Defendant. | ) |

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Rima Najjar Merriman, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice.

---

*Merriman v. Quora, Inc.,* No. 19-cv-08472
Complaint for Damages and Injunctive Relief - 1

Dated: March 23, 2020

Respectfully Submitted,

Kapitan Law Office, Ltd.

By: /s/ <u>Rima Kapitan</u>

Attorney for Plaintiff
RIMA NAJJAR MERRIMAN

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on March 23, 2020 she filed electronically the foregoing Notice of Voluntary Dismissal, which constitutes service to counsel for the defendant, who are registered participants in the CM/ECF system.

<u>/s/Rima Kapitan</u>

---

*Merriman v. Quora, Inc.,* No. 19-cv-08472
Complaint for Damages and Injunctive Relief - 2